OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Amy B. BURD Respondent.

No. 985 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 21, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2005 upon consideration of the Report and Recommendations of the Disciplinary

Board dated November 2, 2004, it is hereby

ORDERED that AMY B. BURD be and she is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.